SULAIMAN LAW GROUP, LTD.
Omar T. Sulaiman
2500 S. Highland Avenue
Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
Email: osulaiman@sulaimanlaw.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA BOOTH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br><br>REGIONAL ADJUSMENT BUREAU, INC. d/b/a RAB INC.,<br><br>　　　　Defendant. | Case No. 5:19-cv-01328-GW-KK<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO SUBSTITUTE DEFENDANT AND TO FILE AN AMENDED COMPLAINT**<br><br>Date: September 5, 2019<br>Time: 8:30 a.m.<br>Room: 9D<br>Judge: Honorable George H. Wu |

PLEASE TAKE NOTICE that on September 5, 2019, at 8:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 9D of the above-titled court, located at 350 West 1st Street, Los Angeles, California 90012, ERIKA BOOTH ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD. ("Sulaiman"), and pursuant to Fed. R. Civ. P. 15(a)(2), will move that this Honorable Court enter an order allowing Plaintiff to substitute the defendant and file an amended complaint, and in support thereof, states as follows:

1. On July 19, 2019, Plaintiff filed the instant action against REGIONAL ADJUSMENT BUREAU, INC. d/b/a RAB INC. ("Defendant") for violations of the Fair Debt Collection Practices Act [Dkt. 1].

2. Through the course of litigation, Plaintiff's counsel has been informed that Regional Adjustment Bureau, Inc. and RAB, Inc. are two distinct entities.

3. The entity actually responsible for the alleged conduct complained of in Plaintiff's Complaint is RAB, Inc., and not Regional Adjustment Bureau, Inc.

4. Accordingly, Plaintiff respectfully requests this Honorable Court allow Plaintiff to substitute RAB, Inc. as the proper defendant in this matter, and to dismiss Regional Adjustment Bureau, Inc. d/b/a RAB Inc.

5. Pursuant to Fed. R. Civ. P. 15(a)(2), a Court should freely give a party leave to amend its pleading when justice requires.

6. "Rule 15(a) declares that leave to amend 'shall be freely given when justice so requires'; this mandate is to be heeded. If the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits. In the absence of any apparent or declared reason—such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendment, futility of amendment, etc.—the leave sought should, as the rules require, be 'freely given.'" *Foman v. Davis*, 371 U.S. 178, 182 (1962).

7. Here, no cause exists to deny Plaintiff's request as Plaintiff seeks to ensure the accuracy of the pleadings.

8. This Motion is not brought for the purposes of causing undue delay, nor is it the result of bad faith or dilatory motive.

9. This Motion is without prejudice to or waiver of any rights, claims and defenses that it may have, all of which are specifically reserved.

10. Plaintiff is prepared to file her First Amended Complaint *instanter* and has attached a copy of the same to this Motion.

**WHEREFORE**, Plaintiff, ERIKA BOOTH, respectfully requests that this Honorable Court grant the following:

a) RAB, Inc. is substituted as the proper Defendant.

b) Regional Adjustment Bureau, Inc. d/b/a RAB Inc. is dismissed as a party in this matter.

c) Plaintiff will file an Amended Complaint in accordance with (a) and (b).

Dated: August 7, 2019

SULAIMAN LAW GROUP, LTD.

By: /s/ Omar T. Sulaiman
Omar T. Sulaiman
Attorney for Plaintiff, Admitted PHV
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8181
Facsimile: (630) 575-8188
Email: osulaiman@sulaimanlaw.com

# CERTIFICATE OF SERVICE

The undersigned, attorney for Plaintiff, certifies that on August 7, 2019, he caused a copy of the foregoing PLAINTIFF'S NOTICE OF MOTION AND MOTION TO SUBSTITUTE DEFENDANT AND TO FILE AN AMENDED COMPLAINT, to be served by U.S. mail, postage prepaid, on:

Regional Adjustment Bureau, Inc.
919 Old Henderson Rd
Columbus, OH 43220

s/ Omar T. Sulaiman
Omar T. Sulaiman, Esq.

4